```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Sherry Miller, aka<br>Sherry Jane Miller,<br>　　　　　　Defendant | No. CV A 12- 2905<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sherry Miller, aka Sherry Jane Miller, in the principal amount of $2,898.94 plus interest accrued to March 14, 2012, in the sum of $4,869.30; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$7,768.24**.

DATED: 4/10/2012　　　　　　By:　Terry Nafisi
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　A. Martinez
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court